OPINION OF THE COURT
 

 Memorandum.
 

 The order appealed from should be affirmed, without costs, on the opinion of Mr. Justice J. Irwin Shapiro at the Appellate Division. In addition we would note our approval of the conclusion in that opinion (61 AD2d 466, n 2) that under the Constitution it is only the succeeding Legislature, here the 1977 Legislature, which had the authority and "the duty * * * to submit each proposed amendment or amendments to the people * * * in such manner” as it shall prescribe (NY Const, art XIX, § 1). In our view that is precisely what the Constitution provides and, of course, that is exactly what was done in this case.
 

 Judges Jasen, Gabrielli, Jones, Wachtler and Cooke concur; Chief Judge Breitel and Judge Fuchsberg taking no part.
 

 Order affirmed, without costs, in a memorandum.